FILED: August 9, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1756
(3:16-cv-00044-NKM-JCH)

_____

DAMIAN STINNIE; MELISSA ADAMS; ADRAINNE JOHNSON; WILLIEST BANDY; BRIANNA MORGAN, individually, and on behalf of all others similarly situated

  Plaintiffs - Appellants

v.

RICHARD D. HOLCOMB, in his official capacity as the Commissioner of the Virginia Department of Motor Vehicles

  Defendant - Appellee

------------------------------

AMERICAN CIVIL LIBERTIES UNION OF VIRGINIA, ET AL

  Amicus Supporting Appellant

INSTITUTE FOR JUSTICE

  Amicus Supporting Rehearing Petition

_____

O R D E R

_____

A majority of judges in regular active service and not disqualified having voted in a requested poll of the court to grant the petition for rehearing en banc,

IT IS ORDERED that rehearing en banc is granted.

The parties and any amici curiae shall file 16 additional paper copies of their briefs and appendices previously filed in this case within 10 days. Copies of amici briefs relating to a petition for rehearing or rehearing en banc are not required. The parties may move, or the court may sua sponte order, the filing of supplemental en banc briefs pursuant to Local Rule 35(d).

                                          For the Court

                                          /s/ Patricia S. Connor, Clerk