# No. 21–1756

In the

# United States Court of Appeals
## For the Fourth Circuit

―――――――――――――

Damian Stinnie, et al., *Appellants*,

v.

Richard Holcomb, *Appellee*.

―――――――――――――

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
(The Honorable Norman K. Moon)

―――――――――――――

## APPELLANTS' UNCONTESTED MOTION TO TRANSFER APPELLATE ATTORNEYS' FEES, COSTS, AND EXPENSES PROCEEDINGS TO DISTRICT COURT

―――――――――――――

Jonathan T. Blank
MCGUIREWOODS LLP
323 Second Street SE, Suite 700
Charlottesville, VA 22902
T: (434) 977-2509
F: (434) 980-2258
jblank@mcguirewoods.com

John J. Woolard
MCGUIREWOODS LLP
800 East Canal Street
Richmond, VA 23219
T: (804) 775-4355
F: (804) 698-2055
jwoolard@mcguirewoods.com

Angela A. Ciolfi
LEGAL AID JUSTICE CENTER
1000 Preston Avenue
Suite A
Charlottesville, VA 22903
T: (434) 529-1810
F: (434) 977-0558
angela@justice4all.org

Patrick Levy-Lavelle
LEGAL AID JUSTICE CENTER
626 East Broad Street
Suite 200
Richmond, VA 23219
T: (804) 643-1086
F: (804) 643-2059
pat@justice4all.org

Leslie Kendrick
580 Massie Road
Charlottesville, VA 22903
T: (434) 243-8633
F: (434) 924-7536
kendrick@virginia.edu

Tennille J. Checkovich
Michael Stark
200 Commerce Street
Smithfield, VA 23430
T: (757) 357-8151
F: (757) 365-3018
tcheckovich@smithfield.com
mstark@smithfield.com

August 17, 2023

Pursuant to Federal Rules of Appellate Procedure 27 and 29 and Local Rule 46(e), Appellants Damian Stinnie, Melissa Adams, Adrainne Johnson, Williest Bandy, and Brianna Morgan move this Court for an order transferring all remaining proceedings related to attorneys' fees, costs, and expenses (collectively referred to as "litigation expenses") for all appeals in this litigation to the United States District Court for the Western District of Virginia ("District Court") for adjudication in tandem with the litigation expenses proceedings before the District Court.

In the alternative, Appellants respectfully request that this Court establish a briefing schedule for the litigation expenses proceedings in this Court and set the deadline for Appellants' motion for litigation expenses no sooner than September 15, 2023.

On August 7, 2023, this Court, sitting *en banc*, vacated and remanded the District Court's ruling denying Appellants' fee petition, and declared Appellants the prevailing party. [ECF No. 86 at 33.] The Court held that Appellants are entitled to recover reasonable attorneys' fees under 28 U.S.C. § 1988(b) but deferred to the District Court, on remand, to determine the amount of reasonable fees that Appellants should recover. [*Id.* at 32–33.] Accordingly, Appellants intend to seek their litigation expenses incurred in connection with all proceedings before this Court, as well as those incurred before the District Court (including the fees, costs, and expenses associated with any necessary additional work on remand).

Under Local Rule 46(e), this Court "may award attorney's fees and expenses whenever authorized by statute." The Court's *en banc* opinion confirms that § 1988(b) authorizes an award of litigation expenses here. This Court has the discretion to either award appellate litigation expenses itself or transfer the proceedings related to those fees to the District Court for adjudication in the first instance. For example, the Court has previously transferred to the district court the appellate attorney's fees and expenses proceedings in a similarly complex action, *see Steves and Sons., Inc., et al. v. JELD-WEN, Inc.*, Case No. 19-1397, ECF No. 102, and other circuits have codified this practice by rule. *See* 1st Cir. R. 39.1(b); 8th Cir. R. 47C(b); 9th Cir. R. 39-1.8; 11th Cir. R. 39-2(d).

In light of this Court's *en banc* opinion, the District Court, on remand, must decide the amount of reasonable litigation expenses to which Appellants are entitled for the litigation that occurred before the District Court. Accordingly, an order transferring all litigation expenses proceedings associated with the appeals in this litigation to the District Court as well would further the interests of judicial efficiency and conserve the parties' resources by allowing all remaining fee proceedings to be resolved by a single court. This Court should exercise its discretion to transfer the litigation expenses proceedings to the District Court.

Alternatively, if this Court prefers to decide Appellants' forthcoming motion for litigation expenses in the first instance, Appellants respectfully request that the

3

Court establish a briefing schedule for Appellants' motion that sets the deadline for Appellants' opening brief no sooner than September 15, 2023.

Should the Court prefer this approach, Appellants propose the following briefing schedule:

- September 15, 2023 — Appellants' Motion for Appellate Attorneys' Fees, Costs, and Expenses, not to exceed 6,500 words;
- Within 28 days after Appellants' Motion — Appellee's Response to Appellants' Motion, not to exceed 6,500 words; and
- Within 14 days after Appellee's Response — Appellants' Reply, not to exceed 3,250 words.

## MEET AND CONFER

Pursuant to this Court's Rule 27(a), Appellants' counsel conferred with counsel for Appellee regarding the approach proposed in this motion. Without waiving any arguments regarding what fees, costs, or expenses Appellants may recover from proceedings in this Court, Appellee's counsel consents to transferring the litigation expenses proceeding to the District Court in full. Appellee's counsel also consents to the alternative proposed briefing schedule.

## REQUEST FOR RELIEF

For the foregoing reasons, this Court should enter an order transferring all appellate-related litigation expenses proceedings to the District Court. Alternatively,

Appellants ask the Court to establish a briefing schedule for further proceedings in this Court.

Respectfully submitted.

Dated: August 17, 2023

|  |  |
|---|---|
| Jonathan T. Blank<br>MCGUIREWOODS LLP<br>323 Second Street SE, Suite 700<br>Charlottesville, VA 22902<br>T: (434) 977-2509<br>F: (434) 980-2258<br>jblank@mcguirewoods.com | /s/ John J. Woolard<br>John J. Woolard<br>MCGUIREWOODS LLP<br>800 East Canal Street<br>Richmond, VA 23219<br>T: (804) 775-4355<br>F: (804) 698-2055<br>jwoolard@mcguirewoods.com |
| Angela A. Ciolfi<br>LEGAL AID JUSTICE CENTER<br>1000 Preston Avenue, Suite A<br>Charlottesville, VA 22903<br>T: (434) 529-1810<br>F: (434) 977-0558<br>angela@justice4all.org | Patrick Levy-Lavelle<br>LEGAL AID JUSTICE CENTER<br>626 East Broad Street, Suite 200<br>Richmond, VA 23219<br>T: (804) 643-1086<br>F: (804) 643-2059<br>pat@justice4all.org |
| Leslie Kendrick<br>580 Massie Road<br>Charlottesville, VA 22903<br>T: (434) 243-8633<br>F: (434) 924-7536<br>kendrick@virginia.edu | Tennille J. Checkovich<br>Michael Stark<br>200 Commerce Street<br>Smithfield, VA 23430<br>T: (757) 357-8151<br>F: (757) 365-3018<br>tcheckovich@smithfield.com<br>mstark@smithfield.com |

*Counsel for Appellants*

5

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 662 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f). I further certify that this motion complies with the typeface and type style requirements of Fed. R. App. P. 32(a)(5)–(6) because it has been prepared in a proportionally spaced 14-point Times New Roman font using Microsoft Word.

DATED: August 17, 2023        By: */s/ John J. Woolard*
                                    John J. Woolard

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2023, I electronically filed the foregoing document with the Clerk of this Court using the CM/ECF System, which will send a notification of electronic filing to all counsel of record who are registered CM/ECF users, including counsel for Appellee.

                                                  */s/ John J. Woolard*
                                                  John J. Woolard