No. 21-1756

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

DAMIAN STINNIE, et al.,
*Plaintiffs-Appellants*,

v.

RICHARD D. HOLCOMB, in his official capacity as the
Commissioner of the VIRGINIA DEPARTMENT OF MOTOR VEHICLES,
*Defendant-Appellee*.

———————————————

On appeal from the United States District Court
for the Western District of Virginia (No. 3:16-cv-44)

———————————————

**APPELLEE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO
FILE OPPOSITION TO MOTION FOR ATTORNEYS' FEES**

———————————————

Pursuant to Federal Rule of Appellate Procedure 27 and Local Rule 27, Defendant-Appellee[1] hereby moves for a 30-day extension of time to file his opposition to Plaintiff-Appellants' motion for attorneys' fees (Dkt. 89) ("Fee Petition"). Pursuant to Local Rule 27(a), Defendant informed Plaintiffs of Defendant's intent to file this motion, and Plaintiffs do not oppose.

---

[1] The current Commissioner of the Virginia Department of Motor Vehicles is Gerald Lackey, who has been automatically substituted as Defendant-Appellee by operation of Federal Rule of Appellate Procedure 43(c)(2).

On August 7, 2023, this Court, sitting *en banc*, held that Plaintiffs were "the prevailing party," entitling them to attorneys' fees under 42 U.S.C. § 1988.  Dkt. 86. This Court then remanded to the district court to determine the amount of reasonable fees that Plaintiffs are entitled to recover.  *Id.* at 32-33.

On August 17, 2023, Plaintiffs filed an uncontested motion to transfer proceedings related to appellate attorneys' fees, costs, and expenses to the district court.  Dkt. 88 ("Transfer Motion").  In the alternative, Plaintiffs proposed a briefing schedule for such proceedings in this Court.  *Id.* at 3-4.  Plaintiffs' Transfer Motion is still pending and, if granted, would moot Defendant's present motion.

With Plaintiffs' Transfer Motion still pending, Plaintiffs moved for attorneys' fees in this Court on August 21, 2023.  Dkt. 89-1.  Defendant's response to this Fee Petition is currently due August 31, 2023.  *See* Fed. R. App. P. 27(a) (response due "10 days after service of the motion unless the court shortens or extends the time").

Should this Court deny Plaintiffs' Transfer Motion, Defendant respectfully requests a 30-day extension of time to oppose Plaintiffs' Fee Petition.  This extension is necessary due to conflicts in the schedule of Defendant's outside counsel.  Among other things, outside counsel are currently briefing an opposition to a motion for summary judgment due September 1, 2023, in the Southern District of California, and are also preparing for multiple depositions that will occur in September in that case.  In addition, outside counsel are briefing a motion for summary judgment and

multiple *Daubert* motions due September 8, 2023 in the Western District of Virginia. These and other professional commitments impede Defendant's ability to oppose Plaintiff's Fee Petition by August 31, 2023—especially since Defendant will need to analyze the propriety of more than 700 time entries submitted in support of the Fee Petition, allegedly totaling more than $767,000.

For these reasons, Defendant respectfully requests a 30-day extension of time to file his opposition to Plaintiffs' Fee Motion. This extension would move Defendant's deadline from August 31, 2023, to Monday, October 2, 2023.

Respectfully submitted,

Gerald Lackey, *in his official capacity as the Commissioner of the Virginia Department of Motor Vehicles*

Jason S. Miyares
*Attorney General of Virginia*

Andrew N. Ferguson
*Solicitor General*

Leslie A. T. Haley
*Deputy Attorney General*

Chandra D. Lantz
*Senior Assistant Attorney General & Transportation Section Chief*

Janet W. Baugh (VSB #44649)
*Senior Assistant Attorney General*

/s/ *Maya M. Eckstein*
Maya M. Eckstein (VSB #41413)
Trevor S. Cox (VSB #78396)
David M. Parker (VSB #85619)
HUNTON ANDREWS KURTH LLP
951 E. Byrd St.
Richmond, VA 23219
Ph: (804) 788-8200
Fax: (804) 788-8218
meckstein@HuntonAK.com
tcox@HuntonAK.com
dparker@HuntonAK.com

*Counsel for Defendant-Appellee*

Christian A. Parrish (VSB #44427)
*Assistant Attorney General*

OFFICE OF THE ATTORNEY
GENERAL
202 North Ninth Street
Richmond, VA 23219
Ph:  (804) 786-2071
Fax:  (804) 786-4239

## CERTIFICATE OF COMPLIANCE

I certify that this brief complies with the requirements of Federal Rule of Appellate Procedure 27(d)(1)(E) because it has been prepared in 14-point Times New Roman, a proportionally spaced font, and that it complies with the type-volume limitation of Rule 27(d)(2) because it contains 428 words, according to the count of Microsoft Word.

/s/ *Maya M. Eckstein*
Maya M. Eckstein

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2023, I electronically filed this brief with the Clerk of this Court by using the appellate CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

/s/ *Maya M. Eckstein*
Maya M. Eckstein

DMS 303519456v2