# No. 21–1756

In the

# United States Court of Appeals

## For the Fourth Circuit

───────────────

Damian Stinnie, et al., *Appellants*,
v.
Richard Holcomb, *Appellee*.

───────────────

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
(The Honorable Norman K. Moon)

───────────────

**MOTION TO WITHDRAW LESLIE KENDRICK AS COUNSEL**

───────────────

Pursuant to Fourth Circuit Local Rule 46(c), Leslie Kendrick respectfully moves this Court to permit her to withdraw as counsel for Plaintiffs-Appellants Damian Stinnie, Melissa Adams, Adrainne Johnson, Williest Bandy, and Brianna Morgan (collectively, "Appellants"). Appellants consent to this withdrawal and will be ably represented by their remaining counsel.

In accordance with Local Rule 27(a), after conferral, counsel of record for Appellee does not object to the filing of this motion. This withdrawal will cause no prejudice to the parties.

Dated:  April 23, 2024

Respectfully submitted,

*/s/ Leslie Kendrick*
Leslie Kendrick
580 MASSIE ROAD
CHARLOTTESVILLE, VA  22903
T: (434) 243-8633
F: (434) 924-7536
*kendrick@virginia.edu*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2024, the foregoing was filed with the Clerk of the United States Court of Appeals for the Fourth Circuit using the appellate CM/ECF system, which will also serve counsel of record.

*/s/ Leslie Kendrick*
Leslie Kendrick